STATE of Missouri, Respondent,

v.

**Bryan HARNESS, Appellant.**

**No. WD 37980.**

Missouri Court of Appeals,
Western District.

Oct. 7, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Nov. 25, 1986.

Kenneth C. Hensley, Independence, for appellant.

William Webster, Atty. Gen., Paul La-Rose, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for rape, in violation of § 566.030, RSMo Supp. 1984, and sodomy, in violation of § 566.060, RSMo Supp.1978.

Judgment affirmed. Rule 30.25(b).